UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| NOE DANIEL AGUILAR ZEPEDA, | Case No. 5:26-cv-02063-JLS-SSC |
| Petitioner, | |
| v. | JUDGMENT |
| WARDEN, ADELANTO ICE PROCESSING CENTER, et al., | |
| Respondents. | |

Pursuant to the Order Accepting Findings, Conclusions, and Recommendations of United States Magistrate Judge, IT IS ADJUDGED that the petition (ECF 1) is GRANTED and Respondents are ordered to provide Petitioner a bond hearing before an Immigration Judge, at which the Government must prove by clear and convincing evidence that his continued detention is necessary to prevent a risk of flight or danger to the community.

DATED: May 13, 2026

_____
HONORABLE JOSEPHINE L. STATON
UNITED STATES DISTRICT JUDGE